# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1688-GMS |
| | ) |
| CABLEVISION SYSTEMS CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE, that pursuant to D. Del. LR 83.7, the following counsel do hereby withdraw their appearance for Defendants Cablevision Systems Corporation and CSC Holdings LLC in the above-captioned matter:

>Rodger D. Smith II (#3778)
>MORRIS, NICHOLS, ARSHT &TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>rsmith@mnat.com

PLEASE TAKE FURTHER NOTICE, that the following are substituted as counsel for Defendants Cablevision Systems Corporation and CSC Holdings LLC:

>Frederick L. Cottrell, III (#2555)
>Anne Shea Gaza (#4093)
>Richards, Layton & Finger, P.A.
>One Rodney Square
>920 North King Street
>Wilmington, Delaware 19801
>(302) 651-7700
>cottrell@rlf.com
>gaza@rlf.com

RLF1 7832619v.1

| | |
|---|---|
| /s/  Rodger D. Smith II | /s/ Anne Shea Gaza |
| Rodger D. Smith II (#3778) | Frederick L. Cottrell, III (#2555) |
| MORRIS, NICHOLS, ARSHT &TUNNELL LLP | Anne Shea Gaza (#4093) |
| 1201 North Market Street | Richards, Layton & Finger, P.A. |
| P.O. Box 1347 | One Rodney Square |
| Wilmington, DE 19899 | 920 North King Street |
| (302) 658-9200 | Wilmington, Delaware 19801 |
| rsmith@mnat.com | (302) 651-7700 |
| | cottrell@rlf.com |
| *On behalf of Withdrawing Counsel* | gaza@rlf.com |
| | |
| | *Attorneys for Defendants* |
| | *Cablevision Systems Corporation* |
| | *and CSC Holdings LLC* |

Dated:  February 1, 2013