**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1688-GMS |
| | ) |
| CABLEVISION SYSTEMS | ) |
| CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5, and the attached certifications, undersigned counsel hereby moves the admission *pro hac vice* of Benjamin Hershkowitz and Steven S. Kim of Gibson, Dunn & Crutcher LLP to represent Defendants, Cablevision Systems Corporation and CSC Holdings, LLC, in the above-captioned action.

                                                  */s/ Anne Shea Gaza*
                                                  Frederick L. Cottrell, III (#2555)
                                                  Anne Shea Gaza (#4093)
                                                  Richards, Layton & Finger, P.A.
                                                  One Rodney Square
                                                  920 North King Street
                                                  Wilmington, Delaware 19801
                                                  (302) 651-7700
                                                  cottrell@rlf.com
                                                  gaza@rlf.com

                                                  *Attorneys for Defendants*
                                                  *Cablevision Systems Corporation and*
Dated: February 4, 2013                      *CSC Holdings LLC*

IT IS HEREBY ORDERED this ___ day of February, 2013 that counsel's motion for admission *pro hac vice* is GRANTED.

_____
Chief Judge Gregory M. Sleet, U.S.D.C.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

/s/ Benjamin Hershkowitz
Benjamin Hershkowitz
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166
(212) 351-4000
bhershkowitz@gibsondunn.com

RLF1 8047044v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Steven S. Kim
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166
(212) 351-4000
sskim@gibsondunn.com

RLF1 8047044v.1