# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AIP ACQUISITION LLC, | : |
| Plaintiff, | : C.A. No. 12-1688 (GMS) |
| v. | : **JURY TRIAL DEMANDED** |
| CABLEVISION SYSTEMS CORPORATION, and CSC HOLDINGS, LLC, | : |
| Defendants. | : |

## STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL OF CABLEVISION SYSTEMS CORPORATION WITHOUT PREJUDICE

1. Plaintiff AIP Acquisition LLC ("AIP") and Defendants Cablevision Systems Corporation ("Cablevision Systems") and CSC Holdings, LLC ("CSC Holdings") consent pursuant to Federal Rule of Civil Procedure 41(a)(1) to dismiss Cablevision Systems Corporation without prejudice;

2. Defendants Cablevision Systems and CSC Holdings have represented to AIP that Cablevision Systems is a holding company that does not make, use, offer to sell, or sell, any of the products or services alleged to infringe;

3. Defendants Cablevision Systems and CSC Holdings also have represented to AIP that, for the purposes of the above-captioned case only and for no other matter:

    a. CSC Holdings will not take the position that AIP's claims should fail because AIP has not sued the proper entity or entities;

    b. CSC Holdings will not refuse to provide discovery on the grounds that Cablevision Systems is in possession, custody, or control of such

        discovery but reserves the right to object to discovery on other appropriate grounds; and

    c.    Cablevision Systems will not seek declaratory relief of invalidity or noninfringement against AIP in relation to U.S. Patent Nos. 6,496,579, 6,078,654, 6,188,756, and 7,724,879 (the "Patents") so long as no party sues or threatens to sue Cablevision Systems for infringement of the Patents.

4.    The parties further agree that this Notice of Voluntary Dismissal or any portion thereof shall not be argued to be evidence of infringement or non-infringement, validity or invalidity, and shall not be presented to or mentioned in front of the jury at any trial of this case as such evidence or for any other purpose.

NOW THEREFORE

In reliance upon the above representations and pursuant to Fed. R. Civ. P. 41(a)(1), AIP by and through undersigned counsel hereby voluntarily dismisses only defendant Cablevision Systems Corporation from this action, without prejudice and without costs.

| BAYARD, P.A. | RICHARDS, LAYTON & FINGER, PA |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Frederick L. Cottrell, III* |
| Richard D. Kirk (# 922) | Frederick L. Cottrell, III (#2555) |
| Stephen B. Brauerman (# 4952) | Anne Shea Gaza (#4093) |
| 222 Delaware Avenue, Suite 900 | One Rodney Square |
| P.O. Box 25130 | 920 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 655-5000 | (302) 651-7700 |
| rkirk@bayardlaw.com | cottrell@rlf.com |
| sbrauerman@bayardlaw.com | gaza@rlf.com |
| | *Attorneys for Defendants Cablevision Systems* |
| *Attorneys for AIP Acquisition LLC* | *Corporation and CSC Holdings, LLC* |

3

Dated: February 5, 2013

**IT SO ORDERED,** this _____ day of February 2013.

_____
The Honorable Gregory M. Sleet
Chief United States District Judge