IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>             Plaintiff,<br>v.<br><br>CABLEVISION SYSTEMS CORPORATION,<br>and CSC HOLDINGS, LLC,<br><br>             Defendants. | C. A. No. 12-1688-GMS<br><br>JURY TRIAL DEMANDED |

**CSC HOLDINGS, LLC'S CORPORATE DISCLOSURE STATEMENT**
<u>**PURSUANT TO F.R.C.P. 7.1**</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CSC Holdings, LLC, by and through its attorneys, hereby states that CSC Holdings, LLC is a wholly-owned subsidiary of Cablevision Systems Corporation, which is a publicly traded company. T. Rowe Price Group, Inc. owns 10% or more of Cablevision Systems Corporation's Class A common stock.

CSC Holdings, LLC reserves the right to supplement this statement, if necessary.

OF COUNSEL:

Benjamin Hershkowitz
Steven Kim
R. Scott Roe
Joshua Dubin
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
(212) 351-4000

Dated: February 5, 2013

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com

*Attorneys for Defendant CSC Holdings, LLC*

RLF1 8059982v.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2013, I caused to be served by electronic mail and hand delivery copies of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk ((#0922)
Stephen B. Brauerman (#4952)
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
(302) 655-5000

I further certify that on February 5, 2013, I caused to be served by electronic mail copies of the foregoing document upon the following counsel of record:

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
COHEN & GRESSER LLP
800 Third Avenue
New York, New York 10022
kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com
(212) 957-7600

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com

RLF1 8060062v.1