## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1688-GMS |
| | ) |
| CABLEVISION SYSTEMS | ) |
| CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jason J. Rawnsley and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendant CSC Holdings LLC.

/s/ Jason J. Rawnsley
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Jason J. Rawnsley (#5379)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
rawnsley@rlf.com

*Attorneys for Defendant*
*CSC Holdings LLC*

Dated: February 7, 2013