IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1688 (GMS) |
| | ) | |
| CABLEVISION SYSTEMS CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1689 (GMS) |
| | ) | |
| CHARTER COMMUNICATIONS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1690 (GMS) |
| | ) | |
| COMCAST CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1691 (GMS) |
| | ) | |
| COX COMMUNICATIONS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

|  |  |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1692 (GMS) |
| | ) |
| TIME WARNER CABLE INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### STIPULATION AND ORDER TO EXTEND THE TIME TO OBJECT AND PROPOSE AN ALTERNATIVE SCHEDULE

WHEREAS, on February 19, 2013, the Court entered Scheduling Orders ("the Scheduling Orders") in the five above-captioned cases (the "MSO Cases") setting parallel schedules with the prior-filed *AIP Acquisition, LLC v. iBasis Inc.*, No. 12-616-GMS (the "*iBasis* Case") in light of the related subject matter, but giving Defendants seven business days to object to those schedules;

WHEREAS, the *iBasis* Case involves five patents,[1] and the MSO Cases involve four patents,[2] but there is only a single patent in common between the *iBasis* Case and the MSO Cases,[3] and there are seven non-overlapping patents;

WHEREAS, the single patent asserted in common is not related to the four other patents asserted in the *iBasis* Case;

WHEREAS, given the limited overlap in subject matter between the actions, the fact that four additional patents have been asserted in the *iBasis* Case that were not asserted in the MSO Cases, the fact that the MSO Cases were filed seven months later than the *iBasis* Case,

---

[1] U.S. Patent Nos. 5,606,602; 5,917,897; 6,757,275, 7,724,879; and 7,486,662.

[2] U.S. Patent Nos. 6,496,579; 6,078,654; 6,188,756; and 7,724,879.

[3] U.S. Patent No. 7,724,879.

2

and the fact that some of the Rule 26 and default standard disclosure deadlines in the *iBasis* Case are only days away, the Defendants in the MSO Cases respectfully believe that fully parallel scheduling would be problematic, although they do believe that some coordination may be appropriate; and

WHEREAS, the parties in the MSO Cases believe that additional time would help them to propose an alternative schedule to the Court to account for the differences between the MSO Cases and the *iBasis* Case;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties hereto and subject to the approval and order of the Court, that the time for Defendants in the MSO Cases to assert objections to the Scheduling Orders entered in the MSO Cases is extended from February 28, 2013 to and including March 11, 2013, that the parties in those cases shall submit a scheduling proposal for the Court's consideration on that same date, and that the initial disclosure and Default Standard deadlines that would otherwise fall due in the Scheduling Orders be suspended pending the Court's consideration of the scheduling proposal.

| BAYARD, P.A. | RICHARDS, LAYTON & FINGER, PA |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Anne Shea Gaza* |
| Richard D. Kirk (#922) | Frederick L. Cottrell, III (#2555) |
| Stephen B. Brauerman (#4952) | Anne Shea Gaza (#4093) |
| 222 Delaware Avenue, Suite 900 | One Rodney Square |
| Wilmington, DE 19801 | 920 N. King Street |
| (302) 655-5000 | Wilmington, DE 19801 |
| rkirk@bayardlaw.com | (302) 651-7700 |
| sbrauerman@bayardlaw.com | cottrell@rlf.com |
| | gaza@rlf.com |
| *Attorneys for Plaintiff AIP Acquisition LLC* | |
| | *Attorneys for Defendant CSC Holdings LLC* |

ASHBY & GEDDES

*/s/ Steven J. Balick*

Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants Charter Communications Inc. and Charter Communications Holding Company LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paul Saindon*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
psaindon@mnat.com

*Attorneys for Defendants Comcast Corporation, Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, Comcast IP Phone, LLC, and Comcast Business Communications, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paul Saindon*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
psaindon@mnat.com

*Attorneys for Defendants Cox Communications, Inc. and Coxcom, LLC*

RICHARDS, LAYTON & FINGER, PA

*/s/ Kelly E. Farnan*

Kelly E. Farnan (#4395)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Time Warner Cable Inc., Time Warner Cable Enterprises LLC, TWC Communications LLC, and TWC Digital Phone LLC*

February 28, 2013
7017086

SO ORDERED this 5+1 day of March, 2013.

Chief, United States District Judge

5