IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1688-GMS |
| | ) |
| CSC HOLDINGS, LLC, | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, and the attached certification, undersigned counsel hereby moves the admission *pro hac vice* of R. Scott Roe of Gibson, Dunn & Crutcher LLP to represent Defendant CSC Holdings, LLC in the above-captioned action.

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com

*Attorneys for Defendant*
*CSC Holdings LLC*

Dated: March 21, 2013

IT IS HEREBY ORDERED this ___ day of _____, 2013 that counsel's motion for admission *pro hac vice* is GRANTED.

_____
Chief Judge Gregory M. Sleet, U.S.D.C.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and Connecticut and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Respectfully submitted,

Dated: March 20, 2013

By: _____
R. Scott Roe
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
sroe@gibsondunn.com