**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **AIP ACQUISITION LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C.A. No. 12-1688 (GMS) |
| | ) |
| **CSC HOLDINGS LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on April 1, 2013, copies of (1) Defendant CSC Holdings, LLC's Initial Disclosures and (2) Defendant CSC Holdings, LLC's Disclosures Pursuant to Paragraph 3 of the Default Standard For Discovery, Including Discovery of Electronically Stored Information ("ESI") were served on the following counsel of record in the manner and at the addresses listed below:

| **VIA HAND DELIVER & E-MAIL** | **VIA E-MAIL** |
|---|---|
| Richard D. Kirk (#0922) | Karen H. Bromberg |
| Stephen B. Brauerman (#4952) | Francisco A. Villegas |
| Vanessa R. Tiradentes (#5398) | Damir Cefo |
| Bayard, P.A. | Cohen & Gressler LLP |
| 222 Delaware Avenue, Suite 900 | 800 Third Avenue |
| Wilmington, DE 19801 | New York, New York 10022 |
| rkirk@bayardlaw.com | kbromberg@cohengresser.com |
| sbrauerman@bayardlaw.com | fvillegas@cohengresser.com |
| vtiradentes@bayardlaw.com | dcefo@cohengresser.com |

RLF1 8408827v.1

|  |  |
|---|---|
| OF COUNSEL: |   /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (#2555) |
| Benjamin Hershkowitz | Anne Shea Gaza (#4093) |
| R. Scott Roe | Jason J. Rawnsley (#5379) |
| Steven S. Kim | RICHARDS, LAYTON & FINGER, P.A. |
| Joshua E. Dubin | One Rodney Square |
| GIBSON, DUNN & CRUTCHER LLP | 920 North King Street |
| 200 Park Avenue, 47th Floor | Wilmington, Delaware 19801 |
| New York, New York 10166-0193 | (302) 651-7700 |
| (212) 351-4000 | cottrell@rlf.com |
| bhershkowitz@gibsondunn.com | gaza@rlf.com |
| sroe@gibsondunn.com | rawnsley@rlf.com |
| sskim@gibsondunn.com | |
| jdubin@gibsondunn.com | *Attorneys for Defendant CSC Holdings, LLC* |

Dated:  April 1, 2013

OF COUNSEL:

Benjamin Hershkowitz
R. Scott Roe
Steven S. Kim
Joshua E. Dubin
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
(212) 351-4000
bhershkowitz@gibsondunn.com
sroe@gibsondunn.com
sskim@gibsondunn.com
jdubin@gibsondunn.com

Dated: April 1, 2013

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
rawnsley@rlf.com

*Attorneys for Defendant CSC Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2013, I caused to be served by electronic mail and hand delivery copies of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk (#0922)
Stephen B. Brauerman (#4952)
Vanessa R. Tiradentes (#5398)
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
(302) 655-5000

I further certify that on April 1, 2013, I caused to be served by electronic mail copies of the foregoing document upon the following counsel of record:

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Cohen & Gressler LLP
800 Third Avenue
New York, New York 10022
kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com
(212) 957-7600

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com