IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>                     Plaintiff,<br><br>     v.<br><br>CABLEVISION SYSTEMS CORPORATION, AND CSC HOLDINGS, LLC,<br><br>                     Defendants. | C.A. No. 12-1688-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 1, 2013, copies of: (1) **AIP ACQUISITION LLC'S PARAGRAPH 3 & 4(a) DELAWARE DEFAULT STANDARD FOR DISCOVERY DISCLOSURES**; (2) **PLAINTIFF AIP ACQUISITION LLC'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26**; and (3) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL**

Frederick L. Cottrell, III
Anne Shea Gaza
Jason J. Rawnsley
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**BY E-MAIL**

Benjamin Hershkowitz
Steven S. Kim
R. Scott Roe
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

| | |
|---|---|
| April 1, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman (sb4952)* |
| | Richard D. Kirk (rk0922) |
| COHEN & GRESSER LLP | Stephen B. Brauerman (sb4952) |
| Karen H. Bromberg | Vanessa R. Tiradentes (vt5398) |
| Francisco A. Villegas | 222 Delaware Avenue, Suite 900 |
| Damir Cefo | P.O. Box 25130 |
| 800 Third Avenue | Wilmington, DE 19899 |
| New York, New York 10022 | (302) 655-5000 |
| kbromberg@cohengresser.com | rkirk@bayardlaw.com |
| fvillegas@cohengresser.com | sbrauerman@bayardlaw.com |
| dcefo@cohengresser.com | vtiradentes@bayardlaw.com |
| (212) 957-7600 | |
| | *Attorneys for Plaintiff AIP Acquisition LLC* |