# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CSC HOLDINGS LLC, )<br>)<br>Defendant. ) | C.A. No. 12-1688 (GMS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 29, 2013, copies of Defendant CSC Holdings, LLC's Disclosure Pursuant to Paragraph 4(b) of the Delaware Default Standard for Discovery Disclosures were served on the following counsel of record in the manner and at the addresses listed below:

**VIA E-MAIL & FEDERAL EXPRESS**
Karen H. Bromberg
Cohen & Gressler LLP
800 Third Avenue
New York, New York 10022
kbromberg@cohengresser.com

OF COUNSEL:

Benjamin Hershkowitz
R. Scott Roe
Steven S. Kim
Joshua E. Dubin
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
(212) 351-4000
bhershkowitz@gibsondunn.com
sroe@gibsondunn.com
sskim@gibsondunn.com
jdubin@gibsondunn.com

Dated: May 29, 2013
RLF1 8677624v.1

*/s/ Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
rawnsley@rlf.com

*Attorneys for Defendant CSC Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2013, I caused to be served by electronic mail and hand delivery copies of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

I further certify that on May 29, 2013, I caused to be served by electronic mail copies of the foregoing document upon the following counsel of record:

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Cohen & Gressler LLP
800 Third Avenue
New York, New York 10022
kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com

                                                         /s/ *Anne Shea Gaza*
                                                         Anne Shea Gaza (#4093)
                                                         gaza@rlf.com