IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1688 (GMS) |
| | ) | |
| CABLEVISION SYSTEMS CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1689 (GMS) |
| | ) | |
| CHARTER COMMUNICATIONS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1690 (GMS) |
| | ) | |
| COMCAST CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1691 (GMS) |
| | ) | |
| COX COMMUNICATIONS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1692 (GMS) |
| | ) |
| TIME WARNER CABLE INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants' Preliminary Invalidity Contentions* were caused to be served on August 19, 2013 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                              *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Paul Saindon* |
| | _____ |
| | Jack B. Blumenfeld (#1014) |
| | Rodger D. Smith II (#3778) |
| | Paul Saindon (#5110) |
| | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE  19899 |
| | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| OF COUNSEL: | rsmith@mnat.com |
| | psaindon@mnat.com |
| Michael L. Brody | |
| Ivan Poullaos | *Attorneys for Defendants Cox* |
| WINSTON & STRAWN LLP | *Communications, Inc., Coxcom, LLC, Comcast* |
| 35 West Wacker Drive | *Corporation, Comcast Cable Communications,* |
| Chicago, Illinois 60601 | *LLC, Comcast Cable Communications* |
| (312) 558-5600 | *Management, LLC, Comcast IP Phone, LLC,* |
| | *and Comcast Business Communications, LLC* |
| Krishnan Padmanabhan | |
| WINSTON & STRAWN LLP | |
| 200 Park Avenue | |
| New York, NY 10166-4193 | |
| (212) 294-6700 | |
| | |
| August 20, 2013 | |
| 7476669.1 | |

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 20, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Karen J. Bromberg, Esquire<br>Francisco A. Villegas, Esquire<br>Damir Cefo, Esquire<br>Joyce E. Kung, Esquire<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY 10022 | *VIA ELECTRONIC MAIL* |

*/s/ Paul Saindon*

Paul Saindon (#5110)