IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>                  Plaintiff<br><br>v.<br><br>CSC HOLDINGS, LLC,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., and CHARTER COMMUNICATIONS HOLDING COMPANY, LLC,<br><br>v.<br><br>COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST IP PHONE, LLC, and COMCAST BUSINESS COMMUNICATIONS, LLC,<br><br>v.<br><br>COX COMMUNICATIONS, INC. and COXCOM, LLC,<br><br>v.<br><br>TIME WARNER CABLE INC., TIME WARNER CABLE LLC, TIME WARNER ENTERTAINMENT COMPANY, L.P., TWC COMMUNICATIONS, LLC, and TWC DIGITAL PHONE LLC,<br><br>                  Defendants. | Civil Action No. 1:12-cv-01688-GMS<br>Civil Action No. 1:12-cv-01689-GMS<br>Civil Action No. 1:12-cv-01690-GMS<br>Civil Action No. 1:12-cv-01691-GMS<br>Civil Action No. 1:12-cv-01692-GMS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Defendants' Proposed Terms for Construction* were caused to be served on August 30, 2013 upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Karen J. Bromberg, Esquire<br>Francisco A. Villegas, Esquire<br>Damir Cefo, Esquire<br>Joyce E. Kung, Esquire<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY 10022 | VIA ELECTRONIC MAIL |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paul Saindon*

_____

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
psaindon@mnat.com

OF COUNSEL:

Michael L. Brody
Ivan Poullaos
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Krishnan Padmanabhan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700

*Attorneys for Defendants Comcast Corporation, Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, Comcast IP Phone, LLC, and Comcast Business Communications, LLC, Cox Communications, LLC and Coxcom, LLC*

August 30, 2013
6908351.1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 30, 2013, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                                            *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Karen J. Bromberg, Esquire                                                       *VIA ELECTRONIC MAIL*
Francisco A. Villegas, Esquire
Damir Cefo, Esquire
Joyce E. Kung, Esquire
COHEN & GRESSER LLP
800 Third Avenue
New York, NY  10022

*/s/ Paul Saindon*

Paul Saindon (#5110)