**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIP ACQUISITION LLC, | |
| Plaintiff, | |
| v. | C.A. No. 12-1688-GMS |
| CABLEVISION SYSTEMS CORPORATION, AND CSC HOLDINGS, LLC, | |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 13, 2013, copies of:

(1) **PLAINTIFF AIP ACQUISITION LLC'S IDENTIFICATION OF PROPOSED CONSTRUCTIONS**; and (2) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL**

Frederick L. Cottrell, III
Jason J. Rawnsley
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**BY E-MAIL**

Benjamin Hershkowitz
Steven S. Kim
R. Scott Roe
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

September 13, 2013

OF COUNSEL:

COHEN & GRESSER LLP
Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
800 Third Avenue
New York, New York 10022
kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com
(212) 957-7600

BAYARD, P.A.

/s/ *Stephen B. Brauerman (sb4952)*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff AIP Acquisition LLC*