# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>CSC HOLDINGS, LLC,<br><br>                Defendant. | C.A. No. 12-1688 (GMS) |
| AIP ACQUISITION LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>CHARTER COMMUNICATIONS, INC., *et al.*,<br><br>                Defendants. | C.A. No. 12-1689 (GMS) |
| AIP ACQUISITION LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>                Defendants. | C.A. No. 12-1690 (GMS) |
| AIP ACQUISITION LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>                Defendants. | C.A. No. 12-1691 (GMS) |

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>TIME WARNER CABLE INC., *et al.*,<br><br>       Defendants. | C.A. No. 12-1692 (GMS) |

## JOINT CLAIM CONSTRUCTION CHART

  Pursuant to the Scheduling Order, the parties in the above-captioned matter submit their Joint Claim Construction Chart setting forth the disputed claim terms in U.S. Patent Nos. 7,724,879; 6,496,579; 6,078,654; and 6,188,756.[1]  The attached Joint Claim Construction Chart includes each party's proposed construction of the disputed claim language with citation to the intrinsic and extrinsic evidence in support of their respective proposed constructions.[2]  By proposing, or failing to propose a construction, Defendants do not intend to waive any invalidity argument under 35 U.S.C. §§ 112 outlined in their Preliminary Invalidity Contentions or as may be disclosed as discovery progresses.  The parties have made a good faith effort to include herein all known support for their respective constructions, but reserve their right to supplement the

---

[1]  The '879, '576, '654, and '756 patents issued as continuing applications of U.S. Patent Application No. 08/320,269 and share exact or similar portions of their specifications. Accordingly, the intrinsic evidence proffered by Defendants to support the construction of exact and/or similar terms and phrases common to any of the patents may include the specification and file history of any patent that discloses such term or phrase, including Terminal Disclaimers dated October 21, 1998, March 13, 2002, and November 5, 2008, filed during the prosecution of the '654 Patent, the '579 Patent, and the ''879 Patent, respectively.

[2]  AIP's understanding of the Scheduling Order is that this submission is to include only citations to intrinsic evidence. If, however, the Court prefers that this submission also include citations to extrinsic evidence, AIP respectfully requests leave to supplement its portion of this submission.

2

attached Joint Claim Construction Chart with additional intrinsic and extrinsic evidence and to rely upon in their claim construction briefs.

A copy of the Joint Claim Construction Chart is attached as Exhibit A.

BAYARD, P.A.

 /s/ Stephen B. Brauerman
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
Vanessa R. Tiradenes (#5398)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
*Attorneys for Plaintiff AIP Acquisition LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/ Paul Saindon
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
psaindon@mnat.com
*Attorneys for Defendants Comcast Corporation, Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, Comcast IP Phone, LLC, and Comcast Business Communications, LLC*

RICHARDS, LAYTON & FINGER, PA

 /s/ Jason J. Rawnsley
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
*Attorneys for Defendant CSC Holdings LLC*

ASHBY & GEDDES

 /s/ Andrew C. Mayo
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendants Charter Communications Inc. and Charter Communications Holding Company LLC*

| | |
|---|---|
| September 27, 2013 | RICHARDS, LAYTON, & FINGER LLP |
| | |
| | */s/ Kelly E. Farnan* <br> Kelly E. Farnan (#4395) <br> Katharine C. Lester (#5629) <br> 920 N. King Street <br> One Rodney Square <br> Wilmington, DE  19801 <br> (302) 651-7700 <br> farnan@rlf.com <br> lester@rlf.com <br> *Attorneys for Defendants Time Warner Cable Inc., Time Warner Cable Enterprises LLC, TWC Communications, LLC and TWC Digital Phone LLC* |