

222 Delaware Avenue • Suite 900
P.O. Box 25130 • Wilmington, DE 19899
Zip Code For Deliveries 19801

Writer's Direct Access:
(302) 429-4232
Email: sbrauerman@bayardlaw.com

October 11, 2013

**VIA CM/ECF**
The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 N. King Street, Lockbox 19
Wilmington, DE 19801

Re:   *AIP Acquisition, LLC v. Cablevision Sys. Corp., et al.*, C.A. No. 12-1688-GMS
      *AIP Acquisition, LLC v. Charter Communications, Inc., et al.*, C.A. No. 12-1689-GMS
      *AIP Acquisition, LLC v. Comcast Corp., et al.*, C.A. No. 12-1690-GMS
      *AIP Acquisition, LLC v. Cox Communications Inc., et al.*, C.A. No. 12-1691-GMS
      *AIP Acquisition, LLC v. Time Warner Cable, et al.*, C.A. No. 12-1692-GMS

Dear Chief Judge Sleet:

I write on behalf of all parties in the above referenced matters to advise the Court that a discovery dispute teleconference is scheduled for October 15, 2013, at 10:30 a.m. to resolve a dispute concerning the scope of the prosecution bar the Court should include in the otherwise agreed upon form of Protective Order. A copy of the parties' proposed form of order, with the competing proposals for the prosecution bar contained in Paragraph 17, is attached hereto as Exhibit A. Per the Court's instructions, Plaintiff's counsel shall initiate the call to chambers.

Respectfully submitted,

*/s/ Stephen B. Brauerman*

Stephen B. Brauerman

SBB:tm
36588-1
cc:  All counsel (electronically)

www.bayardlaw.com          Phone: (302) 655-5000          Fax: (302) 658-6395

