IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>CABLEVISION SYSTEMS CORPORATION, AND CSC HOLDINGS, LLC,<br><br>      Defendants. | C.A. No. 12-1688-GMS |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 1, 2013, copies of: (1) **PLAINTIFF AIP ACQUISITION LLC'S RESPONSES AND OBJECTIONS TO CSC HOLDINGS, LLC'S FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-50)** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL**

Jack B. Blumenfeld
Rodger D. Smith II
Paul Saindon
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

| | |
|---|---|
| November 1, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Sara E. Bussiere* |
| COHEN & GRESSER LLP<br>Karen H. Bromberg<br>Francisco A. Villegas<br>Damir Cefo<br>800 Third Avenue<br>New York, New York 10022<br>kbromberg@cohengresser.com<br>fvillegas@cohengresser.com<br>dcefo@cohengresser.com<br>(212) 957-7600 | Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>Sara E. Bussiere (sb5725)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br>sbussiere@bayardlaw.com<br><br>*Attorneys for Plaintiff AIP Acquisition LLC* |