IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1688 (GMS) |
| | ) | |
| CABLEVISION SYSTEMS CORPORATION, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1689 (GMS) |
| | ) | |
| CHARTER COMMUNICATIONS, INC., *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1690 (GMS) |
| | ) | |
| COMCAST CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1691 (GMS) |
| | ) | |
| COX COMMUNICATIONS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

AIP ACQUISITION LLC,     )
              )
     Plaintiff,   )
              )
    v.     ) C.A. No. 12-1692 (GMS)
              )
TIME WARNER CABLE INC., *et al.*,  )
              )
     Defendants.  )
              )

## DEFENDANTS' NOTICE OF SUBPOENAS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   PLEASE TAKE NOTICE that the attached subpoenas will be served:

|  | Exhibit |
|---|---|
| Alfred Froebrich<br>475 Park Avenue South, 15th Fl.,<br>New York, NY 10016<br>Amended Subpoena to Produce Documents | A |
| Alfred Froebrich<br>475 Park Avenue South, 15th Fl.,<br>New York, NY 10016<br>Amended Subpoena to Testify at a Deposition | B |
| Lucas & Mercanti LLP<br>475 Park Avenue South, 15th Fl.,<br>New York, NY 10016<br>Amended Subpoena to Produce Documents | C |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paul Saindon*
_____

OF COUNSEL:

Michael L. Brody
Ivan M. Poullaos
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Krishnan Padmanabhan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700

Andrew Sommer
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006-3817
(202) 282-5896

Jude Andre
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002-5242
(713) 651-2715

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
psaindon@mnat.com

*Attorneys for Defendants CSC Holdings LLC,*
*Comcast Corporation, Comcast Cable*
*Communications, LLC, Comcast Cable*
*Communications Management, LLC, Comcast*
*IP Phone, LLC, Comcast Business*
*Communications, LLC, Cox Communications,*
*Inc. and Coxcom, LLC*

RICHARDS, LAYTON & FINGER, PA

*/s/ Kelly E. Farnan*

_____

Kelly E. Farnan (#4395)
Katharine C. Lester (#5629)
One Rodney Square
920 N. King Street
Wilmington, DE  19801
(302) 651-7700
farnan@rlf.com
lester@rlf.com

OF COUNSEL:

David S. Benyacar
Daniel L. Reisner
David Soofian
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022-3598
(212) 836-8000

*Attorneys for Time Warner Cable Inc., Time Warner Cable Enterprises LLC, TWC Communications LLC, and TWC Digital Phone LLC*

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

_____

Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

OF COUNSEL:

Thomas L. Duston
Kevin D. Hogg
John R. Labbé
Benjamin T. Horton
Sarah J. Kalemeris
MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 South Wacker Drive
Chicago, IL  60606-6357
(312) 474-6300

*Attorneys for Defendants Charter Communications Inc. and Charter Communications Holding Company LLC*

November 12, 2013
7770237