IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>                Plaintiff<br><br>v.<br><br>CSC HOLDINGS, LLC,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., and CHARTER COMMUNICATIONS HOLDING COMPANY, LLC,<br><br>v.<br><br>COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST IP PHONE, LLC, and COMCAST BUSINESS COMMUNICATIONS, LLC,<br><br>v.<br><br>COX COMMUNICATIONS, INC. and COXCOM, LLC,<br><br>v.<br><br>TIME WARNER CABLE INC., TIME WARNER CABLE LLC,TIME WARNER ENTERTAINMENT COMPANY, L.P., TWC COMMUNICATIONS, LLC, and TWC DIGITAL PHONE LLC,<br>                Defendants. | Civil Action No. 1:12-cv-01688-GMS<br>Civil Action No. 1:12-cv-01689-GMS<br>Civil Action No. 1:12-cv-01690-GMS<br>Civil Action No. 1:12-cv-01691-GMS<br>Civil Action No. 1:12-cv-01692-GMS<br><br>**JURY TRIAL DEMANDED** |

## **DEFENDANTS' NOTICE OF SUBPOENAS TO ALEXANDER MASHINSKY**

PLEASE TAKE NOTICE THAT, pursuant to Rule 45(b)(1) of the Federal Rules of Civil Procedure, all Defendants, by and through their attorneys, are seeking the production of

documents from and deposition upon oral examination of nonparty Alexander Mashinsky, as set forth in the attached Subpoenas.

The records requested in Schedule A to the document Subpoena are to be produced on December 30, 2013, at 9:00 a.m., or at such other date and time as agreed to by Defendants and Mr. Mashinsky, at the offices of Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166, (212) 294-6700, or at some other mutually agreeable location.

The deposition will commence on February 24, 2014, at 9:00 a.m., or at such other date and time as agreed to by Defendants and Mr. Mashinsky, and shall continue from day to day until completed, Saturdays, Sundays and holidays excepted, at the offices of Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166, (212) 294-6700, or at some other mutually agreeable location.

PLEASE TAKE FURTHER NOTICE THAT, the deposition of Mr. Mashinsky will be taken before a notary public or other officer authorized by law to administer oaths, and will be recorded by stenographic and/or videographic means. The documents and testimony provided by Mr. Mashinsky will be provided pursuant to the terms of the Protective Order in this lawsuit. You are invited to attend and examine the witness.

|  |  |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP. |
| | |
| Michael L. Brody | */s/ Paul Saindon* |
| Ivan M. Poullaos | Jack B. Blumenfeld (#1014) |
| WINSTON & STRAWN LLP | Rodger D. Smith II (#3778) |
| 35 West Wacker Drive | Paul Saindon (#5110) |
| Chicago, Illinois 60601 | 1201 North Market Street |
| (312) 558-5600 | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| Krishnan Padmanabhan | (302) 658-9200 |
| WINSTON & STRAWN LLP | jblumenfeld@mnat.com |
| 200 Park Avenue | rsmith@mnat.com |
| New York, NY 10166-4193 | psaindon@mnat.com |
| (212) 294-6700 | |
| | *Attorneys for Defendants Cox Communications, Inc., CoxCom LLC, Comcast Corporation, Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, Comcast IP Phone, LLC, Comcast Business Communications, LLC, and CSC Holdings, LLC* |
| Andrew Sommer | |
| WINSTON & STRAWN LLP | |
| 1700 K Street, N.W. | |
| Washington, DC 20006-3817 | |
| (202) 282-5896 | |
| | |
| Dustin J. Edwards | |
| Jude Andre | |
| WINSTON & STRAWN LLP | |
| 1111 Louisiana, 25th Floor | |
| Houston, Texas 77002-5242 | |
| (713) 651-2715 | |

OF COUNSEL:

Thomas L. Duston
Kevin D. Hogg
John R. Labbé
Benjamin T. Horton
Sarah J. Kalemeris
MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 South Wacker Drive
Chicago, IL  60606-6357
(312) 474-6300
tduston@marshallip.com
khogg@marshallip.com
jlabbe@marshallip.com
bhorton@marshallip.com
skalemeris@marshallip.com


OF COUNSEL:

David S. Benyacar
Daniel L. Reisner
David Soofian
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022-3598
(212) 836-8000

December 6, 2013

ASHBY & GEDDES

/s/ Lauren E. Maguire
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants Charter Communications Inc. and Charter Communications Holding Company LLC*


RICHARDS, LAYTON & FINGER, P.A.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Katharine C. Lester (#5629)
920 N. King Street
One Rodney Square
Wilmington, DE  19801
farnan@rlf.com
lester@rlf.com
(302) 651-7700


*Attorneys for Defendants Time Warner Cable Inc., Time Warner Cable Enterprises LLC, TWC Communications, LLC and TWC Digital Phone LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 2, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Karen J. Bromberg, Esquire<br>Francisco A. Villegas, Esquire<br>Damir Cefo, Esquire<br>Joyce E. Kung, Esquire<br>COHEN &GRESSER LLP<br>800 Third Avenue<br>New York, NY 10022 | *VIA ELECTRONIC MAIL* |

/s/ *Paul Saindon*
Paul Saindon (#5110)