IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1688 (GMS) |
| | ) | |
| CABLEVISION SYSTEMS CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1689 (GMS) |
| | ) | |
| CHARTER COMMUNICATIONS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1690 (GMS) |
| | ) | |
| COMCAST CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1691 (GMS) |
| | ) | |
| COX COMMUNICATIONS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1692 (GMS) |
| | ) |
| TIME WARNER CABLE INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION AND ORDER

WHEREAS, Plaintiff AIP Acquisition LLC ("AIP" or "Plaintiff") and Defendants CSC Holdings, LLC, Charter Communications Inc., Charter Communications Holding Company LLC, Comcast Corporation, Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, Comcast IP Phone, LLC, Comcast Business Communications, LLC, Cox Communications, Inc., CoxCom, LLC, Time Warner Cable Inc., Time Warner Cable Enterprises LLC, TWC Communications LLC, and TWC Digital Phone LLC (collectively, "Defendants") filed their Joint Claim Construction Chart with the Court on September 28, 2013 (D.I. 34 in CA 12-1688);

WHEREAS, the parties are presently working together to arrive at agreed upon constructions in an effort to reduce the number of issues before the Court;

WHEREAS, the Scheduling Order in these actions (D.I. 20) as modified by the Court's previous Order (D.I. 45) requires the parties to file an amended Joint Claim Construction Chart with the Court on December 11, 2013.

WHEREAS, the parties require additional time to meet and confer and to prepare the amended Joint Claim Construction Chart;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the time for the parties to file the amended Joint Claim

Construction Chart is extended through and including the deadline for filing the Joint Appendix, December 16, 2013. No other deadlines are being modified at this time.

| | |
|---|---|
| BAYARD, P.A. | ASHBY & GEDDES |
| */s/ Stephen B. Brauerman* | */s/ Andrew C. Mayo* |
| Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff AIP Acquisition LLC* | Steven J. Balick (#2114)<br>Lauren E. Maguire (#4261)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorneys for Defendants Charter Communications Inc. and Charter Communications Holding Company LLC* |
| RICHARDS, LAYTON & FINGER, PA | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Kelly E. Farnan* | */s/ Paul Saindon* |
| Kelly E. Farnan (#4395)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br><br>*Attorneys for Time Warner Cable Inc., Time Warner Cable LLC, Time Warner Entertainment Company LP, TWC Communications LLC, TWC Digital Phone LLC and Time Warner Cable Enterprises LLC* | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Paul Saindon (#5110)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>psaindon@mnat.com<br><br>*Attorneys for Defendants Comcast Corporation, Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, Comcast IP Phone, LLC, Comcast Business Communications, LLC, CSC Holdings LLC, Cox Communications, Inc. and Coxcom, LLC* |

SO ORDERED this _____ day of December, 2013.

                                                                                                                                                             _____

                                                                                                                                                             CHIEF, UNITED STATES DISTRICT JUDGE