**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>                            Plaintiff,<br><br>          v.<br><br>COX COMMUNICATIONS, INC. AND COXCOM, LLC,<br><br>                            Defendants. | C.A. No. 12-1691-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 3, 2014, copies of: (1) **PLAINTIFF AIP ACQUISITION LLC'S OBJECTIONS AND RESPONSES TO DEFENDANTS COX COMMUNICATIONS, INC. AND COXCOM, LLC'S SECOND SET OF INTERROGATORIES (NOS. 2-4)** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL**

Jack B. Blumenfeld
Rodger D. Smith II
Paul Saindon
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

**BY E-MAIL**

Michael L. Brody
Ivan Poullaos
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

**BY E-MAIL**

Jude J. Andre
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

**BY E-MAIL**

Krishnan Padmanabhan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

| | |
|---|---|
| January 3, 2014 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Sara E. Bussiere* |
| | Richard D. Kirk (rk0922) |
| COHEN & GRESSER LLP | Stephen B. Brauerman (sb4952) |
| Karen H. Bromberg | Vanessa R. Tiradentes (vt5398) |
| Francisco A. Villegas | Sara E. Bussiere (sb5725) |
| Damir Cefo | 222 Delaware Avenue, Suite 900 |
| Maria Granovsky | P.O. Box 25130 |
| 800 Third Avenue | Wilmington, DE  19899 |
| New York, New York 10022 | (302) 655-5000 |
| kbromberg@cohengresser.com | rkirk@bayardlaw.com |
| fvillegas@cohengresser.com | sbrauerman@bayardlaw.com |
| dcefo@cohengresser.com | vtiradentes@bayardlaw.com |
| (212) 957-7600 | sbussiere@bayardlaw.com |

*Attorneys for Plaintiff AIP Acquisition LLC*